AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original



CLERK'S OFFICE
A TRUE COPY
May 18, 2021
s/ Jeremy Heacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
The use of a cell-site simulator to locate the cellular device assigned with Vehicle Identification Number 1C4SDJH98MC643044 )

Case No. **21-M-400 (SCD)**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the **Eastern** District of **Wisconsin**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before **6-1-21** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **Stephen C. Dries**
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for **30** days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: **5-18-21. 1:25 pm**

*Judge's signature*

City and state: **Milwaukee, WI**   Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No.: 21-M-400 (SCD) | Date and time warrant executed: 5/31/2021 11:27 AM | Copy of warrant and inventory left with: TFO Nesrodine Ghassoul |
|---|---|---|
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name(s) of any person(s) seized:

On 06/01/2021 at approximately 1:05 pm, the cell-site simulator indicated there was a high probability that the cellular device assigned with VIN 1C4SDJH98MC643044 was located inside the garage at address 8324 W. Center Street, Milwaukee, WI.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/16/2021

_Kathrine L. Karlsen_
Executing officer's signature

KATHRINE L. KARLSEN    SPECIAL AGENT
Printed name and title

# ATTACHMENT A

This warrant authorizes the use of the electronic investigative technique described in Attachment B to identify the location of the cellular device assigned with Vehicle Identification Number (VIN) 1C4SDJH98MC643044 ("the SUBJECT ACCOUNT"), whose wireless provider is AT&T Corporation, and whose listed subscriber is unknown.

## ATTACHMENT B

Pursuant to an investigation of Shaft A. DARBY for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 860(a); 18 U.S.C. §§ 924(c) & 2(a); and 18 U.S.C. §§ 922(g)(1) & 924(a)(2), this Warrant authorizes the officers to whom it is directed to determine the location of the SUBJECT ACCOUNT identified in Attachment A by collecting and examining:

1. radio signals emitted by the SUBJECT ACCOUNT for the purpose of communicating with cellular infrastructure, including towers that route and connect individual communications; and

2. radio signals emitted by the target cellular device in response to radio signals sent to the cellular device by the officers;

for a period of thirty days, during all times of day and night. This warrant does not authorize the interception of any telephone calls, text messages, other electronic communications, and this warrant prohibits the seizure of any tangible property. The Court finds reasonable necessity for the use of the technique authorized above. *See* 18 U.S.C. § 3103a(b)(2).